**Order entered August 10 , 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00728-CV

### BRIAN E. VODICKA, Appellant

### V.

### A.H. BELO CORPORATION AND ERIC VAUGHN MOYE, INDIVIDUALLY, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12693**

## ORDER

Before the Court is appellant's August 6, 2018 motion to amend his motion for en banc reconsideration. Appellant's motion is **GRANTED** and appellant's amended motion for en banc consideration received on August 6, 2018 is **ORDERED** filed as of August 6, 2018.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE